**Darryle KEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 70762.**

Missouri Court of Appeals, Western District.

Feb. 23, 2010.

Mark A. Grothoff, Columbia, MO, for Appellant.

Chris Koster, Mary H. Moore, Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, P.J., MARK D. PFEIFFER, and KAREN K. MITCHELL, JJ.

### ORDER

PER CURIAM:

Darryle Key appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).

Before Division III: JAMES EDWARD WELSH, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.